**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

GUTEMBERG DOS SANTOS, JACKIE
AGUILAR, KARINA CHAIREZ, SCOTT
HUGHES, CECILIA MILLAN, AND PABLO
RENATO RODRIGUEZ,

                  Defendants.

------------------------------------ x

ORDER

20 Crim. 398-5 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A change of plea hearing for Ms. Jackie Aguilar is scheduled for February 22, 2023 at 1:00 p.m.

Dated: February 13, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge