UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
:
UNITED STATES OF AMERICA,            :
                                     :            ORDER
        -against-                    :
                                     :      20 Crim. 398-5 (GBD)
JACKIE AGUILAR,                      :
                                     :
                Defendant.           :
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

   Defense counsel for Defendant Jackie Aguilar has informed the Court that Defendant Jackie Aguilar died on Sunday, May 28, 2023. Defense counsel for Ms. Aguilar shall provide the Court with Ms. Aguilar's death certificate prior to the scheduled June 27, 2023 sentencing.

Dated: June 6, 2023
       New York, New York

                                SO ORDERED.

                                _____
                                GEORGE B. DANIELS
                                United States District Judge