UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

UNITED STATES OF AMERICA,

    -against-                                    ORDER

JACKIE AGUILAR,                    20 Crim. 398-5 (GBD)

              Defendant.

------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

    Because this Court is in receipt of Defendant Jackie Aguilar's death certificate, the June 27, 2023 sentencing for Defendant Jackie Aguilar is adjourned *sine die*.

    Based upon the Government's *nolle prosequi* with respect to Defendant Jackie Aguilar (ECF No. 215), the case against Defendant Jackie Aguilar is dismissed. The Clerk of Court is directed to close the open letter motions at ECF Nos. 211 and 212.

Dated: June 26, 2023
       New York, New York

                                              SO ORDERED.

                                              GEORGE B. DANIELS
                                              United States District Judge